UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOEL JAMES CLOUD,

    Plaintiff,

v.

RHONERT PARK DEPARTMENT OF PUBLIC SAFETY, et al.,

    Defendants.

Case No. 25-cv-01309-EKL

**ORDER OF DISMISSAL**

Re: Dkt. No. 2

Plaintiff, a detainee, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Court records indicate that plaintiff filed an earlier case raising these same claims. *See Cloud v. County of Sonoma, et al.*, Case No. 25-cv-0868 EKL. In a concurrent order, that complaint was dismissed with leave to file a second amended complaint.

This case is dismissed as duplicative. *See Adams v. Cal. Dept. of Health Servs.*, 487 F.3d 684, 688 (9th Cir. 2007). The pending motion (ECF. No. 2) is VACATED, and no fee is due. Plaintiff must identify all his claims and defendants in a second amended complaint in the earlier filed case.

**IT IS SO ORDERED.**

Dated: June 20, 2025

Eumi K. Lee
United States District Judge